UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GERRIN LAPEYROUSE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:21-cv-00135 |
| SHELL OIL COMPANY, ET AL., | § § § | |
| Defendants. | § | |

## AGREED MOTION FOR RULE 54(b) DESIGNATION AND ENTRY OF FINAL JUDGMENT

Defendant Helmerich & Payne Offshore, LLC ("H&P"), and Plaintiff Gerrin Lapeyrouse (together with H&P, the "Parties") respectfully submit this Agreed Motion for Rule 54(b) Designation and Entry of Final Judgment, and request that the Court designate its May 4, 2022 Partial and Conditional Dismissal Order as to Helmerich & Payne Offshore, LLC (ECF No. 51), as a final judgment under Fed. R. Civ. P. 54(b) on an express determination that there is no just reason for delay. The Parties agree that entry of final judgment is justified under the present circumstances, as the Parties have executed a settlement agreement as to any and all of Plaintiff's claims against H&P as related to this lawsuit or the events underlying this lawsuit. As such, there is no just cause to delay final judgment on the adjudicated rights and liabilities of H&P, and the Parties pray that the Court grant this Agreed Motion and enter final judgment dismissing H&P from this suit with prejudice.

| | |
|---|---|
| Dated: August 24, 2022 | Respectfully submitted,<br><br>**BAKER & MCKENZIE LLP**<br><br>By: */s/ M. Michelle Hartmann*<br>    M. Michelle Hartmann<br>    Texas Bar Number 24032402<br>    SD Bar No. 4557758<br>    michelle.hartmann@bakermckenzie.com<br>    **BAKER & McKENZIE LLP**<br>    1900 North Pearl St., Ste. 1500<br>    Dallas, TX 75201<br>    Telephone: (214) 978-3000<br>    Fax: (214) 978-3099<br><br>    **ATTORNEY-IN-CHARGE FOR DEFENDANT HELMERICH & PAYNE OFFSHORE, LLC** |

OF COUNSEL:

Meghan E. Hausler
Texas Bar Number 24074267
meghan.hausler@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl St., Ste. 1500
Dallas, TX 75201
Telephone: (214) 978-3000
Fax: (214) 978-3099

Taylor J. LeMay
State Bar No. 24110862
SD Bar No. 3471137
taylor.lemay@bakermckenzie.com
**BAKER & McKENZIE LLP**
700 Louisiana Street, Suite 3000
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099

/s/ *Marc Evan Kutner*
Marc Evan Kutner
SBN 11770575 / SDTX 6238
mkutner@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Lousiana Street, 8th Floor
Houston, Texas 77002
Telephone:   713-653-5600
Facsimile:   713-653-5656

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that, on this **24th** day of **August**, 2022, a copy of the above and foregoing pleading was provided to all counsel of record via facsimile, hand delivery, electronic mail, U.S. mail, postage prepaid and properly addressed, and/or through the Court's CM/ECF system.

/s/ *Taylor J. LeMay*
Taylor J. LeMay